IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR214 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCISCO PEREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's notice of appeal (Filing No. 135) and his motion to proceed *in forma pauperis* (Filing No. 136). The Court notes defendant was previously permitted to proceed *in forma pauperis,* and defendant may proceed on appeal without further authorization. Defendant has not made a substantial showing of the denial of a constitutional right, and no certificate of appealability will issue. Accordingly,

IT IS ORDERED:

1) Defendant's motion to proceed *in forma pauperis* is granted.

2) No certificate of appealabiity is issued.

DATED this 29th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court